# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

SEARS IMPORTED AUTOS, INC.,                    Civil No. 09-0356 (JRT/JJK)

                                    Plaintiff,

v.

                                                          **ORDER FOR DISMISSAL**
BMW OF NORTH AMERICA, LLC,                         **WITH PREJUDICE**

                                    Defendant.

---

     Based upon the Stipulation for Dismissal with Prejudice filed by the parties on October 7, 2009 [Docket No. 41], and upon all of the files, records and proceedings herein,

     **IT IS HEREBY ORDERED** on the basis of the foregoing and for good cause appearing, that this case be **DISMISSED WITH PREJUDICE** with each party bearing its own costs and fees, including attorneys' fees.

DATED: October 7, 2009
at Minneapolis, Minnesota.

                                              __s/John R. Tunheim__
                                                  JOHN R. TUNHEIM
                                      United States District Judge